IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DANIEL COX<br>Plaintiff | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br>Defendant | : <br> : <br> : <br> : | NO.12-5793 |

AND NOW, this 19th day of November, 2014, after careful review and independent consideration of Plaintiff's Brief and Statement of Issues In Support of Request for Review, Plaintiff's Reply Brief, Defendant's Response thereto and review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED; and

2. The Plaintiff's Request for Review DENIED.

It is so **ORDERED**.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.